Brian C. REESE, Plaintiff–Appellant

v.

UNITED STATES BUREAU OF PRIS-
ONS; Three Rivers Texas Facility;
Warden Joe Driver, Defendants–Ap-
pellees.

No. 06–40617
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 3, 2007.

Robert Justin Driscoll, Denver, CO, for
Plaintiff–Appellant.

John Richard Berry, Assistant U.S. At-
torney, U.S. Attorney's Office, Southern
District of Texas, Houston, TX, for Defen-
dants–Appellees.

Before JOLLY, DENNIS, and PRADO,
Circuit Judges.

PER CURIAM: *

Brian C. Reese, federal prisoner
# 69187–080, appeals the district court's
denial of his 28 U.S.C. § 2241 application.
He argues that the Bureau of Prisons
("BOP") has improperly determined that
his federal sentences for conspiracy to
manufacture 100 grams or more of meth-
amphetamine and possession of a firearm
by a convicted felon run consecutively to
his state sentence. The district court did
not err by concluding that his federal sen-
tences were to operate consecutively to his
state sentence. *See* 18 U.S.C. § 3584(a);
*Leal v. Tombone,* 341 F.3d 427, 427–30
(5th Cir.2003); *Free v. Miles,* 333 F.3d
550, 553 (5th Cir.2003); *United States v.
Brown,* 920 F.2d 1212, 1217 (5th Cir.1991).

Reese also argues that he is entitled to
credit against his federal sentences for his
time served in state custody after the im-
position of his federal sentences. Reese is
not entitled to credit on his federal sen-
tence because the time at issue was credit-
ed toward his state sentence. *See* 18
U.S.C. § 3585(b); *Causey v. Civiletti,* 621
F.2d 691, 693–94 (5th Cir.1980). The judg-
ment of the district court is therefore AF-
FIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.